UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 25-cv-25930-BB**

BRIDLINGTON BUD LTD,

      Plaintiff,

  v.

The Partnerships, Unincorporated Associations Identified on Schedule A,

      Defendants.
_____/

## NOTICE OF ENTRY OF PARTIES LISTED INTO CM/ECF

Plaintiff, BRIDLINGTON BUD LTD, by and through its undersigned counsel, hereby files this Notice of Entry of Parties, entering the Defendants listed on Schedule A to the Complaint ECF No. [1], attached hereto.

DATED: December 18, 2025.        Respectfully submitted,

                                            /s/ Andrew Palmer
                                            Andrew J. Palmer
                                            Palmer Law Group, P.A.
                                            401 E Las Olas Blvd, Suite 1400
                                            Fort Lauderdale, FL 33301
                                            Phone: 954-771-7050
                                            ajpalmer@palmerlawgroup.com
                                            ***Attorney for Plaintiff***

**Schedule A Defendants**

| Def. # | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 1 | HTB Trading | https://www.walmart.com/global/seller/102904144 |
| 2 | SHUIXIAN COMPANY | https://www.walmart.com/global/seller/102816716 |
| 3 | hetjrz | https://www.walmart.com/global/seller/102905489 |
| 4 | feizgpinhe | https://www.walmart.com/global/seller/102857466 |
| 5 | CosmicCuration | https://www.walmart.com/global/seller/102762901 |
| 6 | CLHDSJ | https://www.walmart.com/global/seller/102769723 |
| 7 | aiju1nya | https://www.walmart.com/global/seller/102884798 |
| 8 | nmeng | https://www.walmart.com/global/seller/102903883 |